# EXHIBIT A

Case 1:21-cv-01413-MLB   Document 2-1   Filed 04/09/21   Page 2 of 2

Fulton County Magistrate Court
***E-FILED***JA
Date: 2/25/2021 3:40 PM
Cathelene Robinson, Clerk
21MS147625

# IN THE MAGISTRATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

**Faith Njoku**
PO Box 13993    404-933-5596
Atlanta GA 30324  FNJokui1681@gmail.com

Plaintiff(s) Name, Address, Phone, Email Address

vs.

**Wellspring Living** Fin
1040 Boulevard SE Ste M, 404-427-2798
Atlanta GA 30312, m.bowley@wellspringliving.org

Defendant(s) Name, Address, Phone, Email Address

CASE NO. **21MS147625**

## STATEMENT OF CLAIM

**Faith Njoku**
PO Box 13993
Atlanta GA 30324, 404-933-5596

Plaintiff's Attorney, Name, Address, Phone

[X] Suit on Note  [ ] Suit on Account  [ ] Contract  [ ] Tort  [ ] Trover  [ ] Personal Injury  [ ] Other _____

1. The Court has jurisdiction over the defendant(s) [ ] the Defendant(s) is a resident of **Fulton** County; [ ] Other (please specify) _____

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim):
Cause: 29:216(b) Labor- minimum wage or overtime compensation nature of suit 710 Labor-fair standards
Cause: ~~34:216(b)~~ FN 42:1983 Civil Rights Act. Nature of suit Civil Rights employee, workplace harassment, unsafe employee working conditions, failure to respond to harassment complaint and endangered child abuse.

3. This claim is in the amount of $ **$10,000.00**, principal $ _____ interest, plus **110.00** costs to date, and all future costs of this suit.

4. Please select hearing location: [X] Downtown Courthouse  ( ) North Annex  ( ) South Annex

5. I am the [X] Plaintiff ( ) Plaintiff's Attorney and I [X] would or ( ) would not like to receive text message alerts for upcoming hearing dates for this case? (Standard text message rates from your carrier may apply) Cell Phone # **404 933 5596**

STATE OF GEORGIA, FULTON COUNTY
**Faith Chibugo Njoku** being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this
**25** day of **Feb** 20 **21**

Notary Public/Attesting Official

Plaintiff(s) or Agent
(If Agent, Title or Capacity)

**404-933-5596, FNJokui1681@gmail.com**
Plaintiff's Mobile Phone Number & Email Address

## NOTICE AND SUMMONS

TO: All Defendant(s) You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK. Answer & Counterclaim forms are available at the Clerk's office and online (magistratefulton.org). Answers & counterclaims should be electronically filed with the Magistrate Court Clerk, either an oral or written answer at room TG100, 185 Central Ave., S.W. Atlanta, Georgia 30303 between 8:30 A.M. and 5:00 P.M. OR electronically at www.odysseyefilega.com (convenience fee applies). If you choose to file your answer orally, YOU MUST COME TO THE COURT IN PERSON within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at a time scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during business hours.

This _____ day of **2/25/2021 3:40 PM**, 20 _____

Magistrate Judge or Deputy Clerk

Dep BORAM
437  3/11/21

MAG 10-01 STATEMENT OF CLAIM JANUARY 2019