# EXHIBIT B

IN THE MAGISTRATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| FAITH NJOKU,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELLSPRING LIVING,<br><br>　　　　Defendant. | CIVIL ACTION NO. 20MS147625 |

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant, by and through its undersigned counsel, hereby gives notice that it has filed a Notice of Removal in the United States District Court for the Northern District of Georgia in the case styled as *Faith Njoku v. Wellspring Living*, Civil Action No. 20MS147625. A copy of the Notice of Removal is attached as Exhibit A.

　　Dated April 9, 2021.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Dionysia Johnson-Massie*
　　　　　　　　　　　　　　　　　　　　　　　Dionysia Johnson-Massie
　　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 393323
　　　　　　　　　　　　　　　　　　　　　　　djmassie@littler.com
　　　　　　　　　　　　　　　　　　　　　　　Eric M. Schultz
　　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 452742
　　　　　　　　　　　　　　　　　　　　　　　eschultz@littler.com

LITTLER MENDELSON
3424 Peachtree Road N.E.
Suite 1200
Atlanta, GA  30326
404.233.0330

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2021, I served a true and correct copy of **NOTICE OF FILING NOTICE OF REMOVAL** upon Plaintiff by United States Mail, first-class postage prepaid and addressed as follows:

> Faith Njoku, *pro se*
> P.O. Box 13993
> Atlanta, GA 30324

> */s/ Dionysia Johnson-Massie*
> Dionysia Johnson-Massie
> Georgia Bar No. 393323