# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FAITH NJOKU,<br><br>    Plaintiff,<br><br>v.<br><br>WELLSPRING LIVING, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 1:21-cv-01413-MLB |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Wellspring Living, Inc. ("Wellspring" or "Defendant"), and hereby files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to LR 3.3 and Fed. R. Civ. P. 7.1. Defendant states as follows:

1.  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    (a)    Plaintiff: Faith Njoku;

    (b)    Defendant: Wellspring Living, Inc.;

No publicly held corporation owns 10 percent or more of Wellspring Living,

Inc.'s stock.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None known at this time other than the parties listed in Section 1.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Counsel for Defendant:

> Dionysia Johnson-Massie
> Eric M. Schultz
> LITTLER MENDELSON, P.C.
> 3424 Peachtree Road N.E., Suite 1200
> Atlanta, GA 30326.1127

Submitted this 16th day of April, 2021.

*/s/ Dionysia Johnson-Massie*
Dionysia Johnson-Massie
Georgia Bar No. 393323
djmassie@littler.com
Eric M. Schultz
Georgia Bar No. 452742
eschultz@littler.com

LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E.
Suite 1200
Atlanta, GA  30326.1127
Telephone:  404.233.0330
Facsimile:   404.233.2361

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16th, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Faith Njoku, *pro se*
>P.O. Box 13993
>Atlanta, GA 30324

>*/s/ Dionysia Johnson-Massie*
>Dionysia Johnson-Massie
>Georgia Bar No. 393323