04/20/21

United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
APR 2 0 2021
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

__Faith Chibugo Njoku__
Plaintiff,

v                                        Case Number: 1:21-cv-01413-MLB

__Wellspring Living__
Defendant,

## Motion to Consolidate

On this day April 20th 2021, plaintiff request to file a motion to consolidate case # 1:21-cv-00483 MLB with request of Judge Brown's discernment on jurisdiction of case. Cases are the same, one is at the federal level, the other at the level of the state.