# EXHIBIT A

## DECLARATION OF ERIC M. SCHULTZ

1.

My name is Eric M. Schultz. I am over the age of eighteen and am otherwise competent to testify to the facts set forth in this Declaration. All statements contained in this Declaration are true and correct and are based upon my personal knowledge.

2.

I am counsel for Wellspring Living, Inc. ("Wellspring") in the matter captioned *Faith Njoku v. Wellspring Living, Inc.*, Civil Action No. 1:21-cv-01413-MLB.

3.

I attempted to contact Plaintiff Faith Njoku ("Plaintiff") to schedule a Rule 26(f) conference via e-mail on April 27, 29, and 30, 2021 at [fnjokui681@gmail.com](mailto:fnjokui681@gmail.com) (the e-mail address listed for Plaintiff on the Statement of Claim she filed in the Magistrate Court of Fulton County, before Wellspring removed the lawsuit to this Court), and via telephone on April 30, 2021 at approximately 10:32 AM at the number listed for Plaintiff on the docket for this case, 404-933-5596, leaving a voice message for Plaintiff. (*See* Ex. "1").

1

4.

On April 30, 2021, I, along with my colleague, Dionysia L. Johnson-Massie, sent a letter via Federal Express, Priority Overnight Delivery, to the mailing address listed for Plaintiff on the docket for this case, 3200 Lenox Road C410, Atlanta, GA 30324, asking Plaintiff to contact us so that the Parties could conduct a Rule 26(f) conference. (*See* Ex. "2"). We received notice that the letter was delivered at that address at 11:01 AM on Monday, May 3, 2021.

5.

To date, I have not received a response from Plaintiff to any of my communications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 10th, 2021.

_____
Eric M. Schultz

2

# EXHIBIT 1

| | |
|---|---|
| **From:** | Schultz, Eric |
| **To:** | fnjokui681@gmail.com |
| **Cc:** | Johnson-Massie, Dionysia |
| **Subject:** | RE: Njoku v. Wellspring Living - Early Planning Conference |
| **Date:** | Friday, April 30, 2021 1:34:06 PM |
| **Attachments:** | image001.png |
| | image002.png |
| **Importance:** | High |

Ms. Njoku,

I am following up again – I also left a voice message at about 10:32 am EST today on the phone number that you have listed on the Court's docket. Just to make clear, my firm represents Wellspring Living for purposes of the lawsuits you filed against the organization. I have been trying to contact you to arrange the Early Planning Conference that is require by Local Rule 16.1 and Federal Rule of Civil Procedure 26(f) in Civil Action No. 1:21-cv-01413-MLB. Local Rule 16.1 states that we must hold the conference by Monday, May 3, 2021. My cell phone is 404-801-9897, and my e-mail address is ESchultz@littler.com. Please contact me as soon as possible so we can meet this obligation.

Thank you,

**Eric Schultz**
Associate
404.443.3532 direct, 404.801.9897 mobile
ESchultz@littler.com



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

**From:** Schultz, Eric
**Sent:** Thursday, April 29, 2021 9:36 AM
**To:** fnjokui681@gmail.com
**Cc:** Johnson-Massie, Dionysia <DJMassie@littler.com>
**Subject:** RE: Njoku v. Wellspring Living - Early Planning Conference
**Importance:** High

Ms. Njoku,

I am following up on our e-mail from Tuesday. We have a limited amount of time to hold our Rule 26(f) conference (Local Rule 16.1 states that it "shall be held within sixteen days after the appearance of a defendant by answer or motion" – Wellspring filed its Answer on April 16, 2021), and we are not available next Monday, May 3. Please let us know as soon as possible when you are available in the following time frames so that we can get this accomplished:

- April 29: 1 pm – 3:30 pm
- April 30: 8:30 am – 11:30 am, 1:30 pm – 3:30 pm

Thank you,
Eric

**Eric Schultz**
Associate
404.443.3532 direct, 404.801.9897 mobile
ESchultz@littler.com



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

**From:** Schultz, Eric
**Sent:** Tuesday, April 27, 2021 3:30 PM
**To:** fnjokui681@gmail.com
**Cc:** Johnson-Massie, Dionysia <DJMassie@littler.com>
**Subject:** Njoku v. Wellspring Living - Early Planning Conference

Ms. Njoku,

I hope this finds you well.  My firm represents Wellspring Living for purposes of the lawsuits you have filed against them. Per Local Rule 16.1 and Federal Rule of Civil Procedure 26(f), we are required to hold an early planning conference by Monday, May 3, 2021.  We are available during the following dates/times (all times EST):

- April 28: 8:30 am – 11 am, 1 pm – 5 pm
- April 29: 8:30 am – 11:30 am, 1 pm – 3:30 pm
- April 30: 8:30 am – 11:30 am, 1:30 pm – 3:30 pm

Please let us know what works for you, and we will send you a meeting invite for the time you choose.

Thank you,

**Eric Schultz**
Associate
404.443.3532 direct, 404.801.9897 mobile
ESchultz@littler.com



Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

# EXHIBIT 2



**Littler Mendelson, PC**
3424 Peachtree Road N.E.
Suite 1200
Atlanta, GA  30326


Dionysia L. Johnson-Massie
404.760.3901 direct
404.233.0330 main
djmassie@littler.com

April 30, 2021

**VIA FEDERAL EXPRESS -PRIORITY OVERNIGHT**

Faith C. Njoku
3200 Lenox Road C410
Atlanta, GA 30324

Re:   Case Name:   *Faith Njoku v. Wellspring Living, Inc.*
      Case No.:    1-21-cv-01413-MLB
      Court:       Northern District of Georgia, Atlanta Division
      Topic:       Rule 26(f) Early Planning Conference

Dear Ms. Njoku:

As you may know, this firm represents Wellspring Living, Inc. ("Wellspring" or "the Organization") for purposes of the lawsuits that you have filed against the Organization.  We have been trying to reach you to coordinate the Early Planning Conference (the "Conference") that is required by Local Rule 16.1 and Federal Rule of Civil Procedure 26(f), which "shall be held within sixteen days after the appearance of a defendant by answer or motion."  Specifically, on April 27, 29, and 30, 2021, we sent e-mails to fnjokui681@gmail.com, which is the address listed on the Statement of Claim that you filed against Wellspring in the Magistrate Court of Fulton County[1], asking you to provide your availability so that we could schedule the Conference.  Additionally, on April 30, 2021 at approximately 10:32 AM, we left a voice message at the following phone number, which is the number listed for you on the docket for the above-referenced case: 404-933-5596.  We have not received a response from you to any of our e-mails or the voice message, and we are running out of time to hold the Conference in accordance with the Court's rules.

Please give me or my colleague, Eric M. Schultz, a call at 404-760-3901 (my direct number), or 404-801-9897 (Eric's direct number), or e-mail us at djmassie@littler.com and eschultz@littler.com as soon as you receive this letter so that we can meet our obligations under Local Rule 16.1 and Federal Rule of Civil Procedure 26(f).

Sincerely,

*Dionysia Johnson-Massie*

Dionysia L. Johnson-Massie
Eric M. Schultz

---

[1] The case that you initiated in the Magistrate Court of Fulton County has been removed from the Magistrate Court of Fulton County to the Northern District of Georgia, Atlanta Division, and now has been consolidated with Case No. 1:21-cv-00783-MLB.

  Shipment Receipt

**Address Information**

Ship to:  Ship from:
Faith C. Njoku  Sadie Cox

3200 Lennox Road  3424 Peachtree Road
C140  Suite 1200
ATLANTA, GA  ATLANTA, GA
30324  30326-1127
US  US
404 933-5596  4042330330

**Shipment Information:**
Tracking no.: 773604352080
Ship date: 04/30/2021
Estimated shipping charges: 14.02 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Priority Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.25 LBS
Declared Value: 0.00 USD
Special Services: Residential Delivery
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: LITTLER Atlanta-818
Client.Matter or Click Select for Firm Code: 850000-4122 (Pro Bono)
Employee/Billing #:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.