## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Faith Njoku,

               Plaintiff,

                      Case No. 1:21-cv-1413-MLB

v.

Wellspring Living,

               Defendant.

_____/

## ORDER

Before the Court is Plaintiff Faith Njoku's Motion to Consolidate Case (Dkt. 8).  Plaintiff requests that this case be consolidated with a previously-filed case filed by Plaintiff, *Njoku v. WellSpring Living*, No. 1:21-cv-783-MLB (N.D. Ga.).  However, the previously-filed case was dismissed on April 23, 2021.  Accordingly, Plaintiff's motion to consolidate is **DENIED**.

**SO ORDERED** this 17th day of May, 2021.


_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE