IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Faith Njoku,

        Plaintiff,

v.                           Case No. 1:21-cv-1413-MLB

Wellspring Living, Inc.,

        Defendant.

_____/

## ORDER

Before the Court is Defendant Wellspring Living, Inc.'s Preliminary Report and Discovery Plan (Dkt. 9).  Defendant states that Plaintiff Faith Njoku, who is proceeding pro se, has failed to participate in an early planning conference as required by Federal Rule of Civil Procedure 26(f) and Local Rule 16.1 ("Rule 26(f) Conference").  (*See* Dkt. 9-1.)  Accordingly, Plaintiff is **ORDERED**, no later than June 8, 2021, to participate in a Rule 26(f) Conference with counsel for Defendant.  Failure to comply with this order may lead to the Court imposing sanctions, including the dismissal of this case.  The parties are **ORDERED** to notify the Court through a filing on the docket, no later

than June 8, 2021, whether a Rule 26(f) Conference was conducted.  The Clerk is **DIRECTED** to submit this matter after June 8, 2021.

**SO ORDERED** this 18th day of May, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE