IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FAITH NJOKU,

         Plaintiff,

v.

WELLSPRING LIVING, INC.,

         Defendant.

CIVIL ACTION NO. 1:21-cv-01413-MLB

## DEFENDANT'S NOTICE OF PLAINTIFF'S FAILURE TO PARTICIPATE IN RULE 26(f) CONFERENCE

Defendant Wellspring Living, Inc. ("Wellspring" or "Defendant"), pursuant to the Court's May 18, 2021 Order, files this Notice of Plaintiff's Failure to Participate in a Rule 26(f) Conference.  In its Order, the Court required the Parties to participate in a Rule 26(f) conference by June 8, 2021 (because Plaintiff previously failed to do so despite Defendant's counsel's repeated attempts[1]) and to notify the Court of the same.  (*See* Dkt. 11).  Plaintiff continues to disregard her obligations in this litigation, including failing to comply with this Court's Order and the Federal and Local Rules requiring Parties to participate in Rule 26(f) conferences.  Fed. R. Civ. P. 26(f); LR 16.1.  Defendant further states,  in addition

---

[1] Please refer to Dkt. 9 for more detailed information of Defense Counsel's repeated efforts to contact Plaintiff to schedule the original Rule 26(f) Conference.

to the Court sending its May 18, 2021 Order to Plaintiff (at the address Plaintiff provided the Court for such purposes), Defendant's counsel e-mailed Plaintiff on June 2, 2021 at 10:03 AM and June 7, 2021 at 11:12 AM attaching the same Order and imploring Plaintiff to contact Defendant's counsel to conduct the Rule 26(f) conference as the Court required.  Defendant's counsel also called Plaintiff on June 7, 2021 at 2:40 PM to inquire as to Plaintiff's availability for a Rule 26(f) conference.[2]  (*See* Ex. A, Copies of E-mails and attachments sent to Plaintiff). Plaintiff did not respond to Defendant's counsel's e-mails or phone call, and she has not otherwise contacted Defendant's counsel to participate in a Rule 26(f) conference.

Wellspring prays that the Court impose sanctions for Plaintiff's failure to comply with the Court's May 18, 2021 Order, including the dismissal of this case with prejudice.  Wellspring furthers prays for such other and further relief to which it may be justly entitled.

Respectfully submitted this 8th day of June, 2021.

---

[2] Counsel for Defendant e-mailed Plaintiff at fnjokui681@gmail.com, which is the e-mail address listed for Plaintiff on the Statement of Claim she filed in the Magistrate Court of Fulton County, before Wellspring removed the lawsuit to this Court, and called Plaintiff at 404-933-5596, which is the telephone number listed for Plaintiff on the docket for this case.

/s/ Dionysia Johnson-Massie
Dionysia Johnson-Massie
Georgia Bar No. 393323
djmassie@littler.com
Eric M. Schultz
Georgia Bar No. 452742
eschultz@littler.com

LITTLER MENDELSON, P.C.
3424 Peachtree Road NE
Suite 1200
Atlanta, GA 30326.4803
404.233.0330

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8th, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

And I hereby do certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Faith Njoku, *pro se*
3200 Lenox Road C410
Atlanta, GA 30324

*/s/ Dionysia Johnson-Massie*
Dionysia Johnson-Massie
Georgia Bar No. 393323