# EXHIBIT A

| | |
|---|---|
| **From:** | Schultz, Eric |
| **To:** | fnjokui681@gmail.com |
| **Cc:** | Johnson-Massie, Dionysia |
| **Subject:** | RE: Njoku v. Wellspring Living - Rule 26(f) Conference |
| **Date:** | Monday, June 7, 2021 11:11:32 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | Wellspring-Njoku 2021.05.18 [Dkt 11] Order Requiring Plaintiff to Participate in Rule 26(f) Conference No Later Than 6.8.21 4824-9375-1~1.pdf |

Hi, Ms. Njoku –

I hope all is well.  We are writing to follow up again on our prior correspondence (including our email from last Wednesday) asking for your availability to participate in a Rule 26(f) Conference, and the Court's May 18, 2021 Order (which we have attached again for reference) ordering you to participate in a Rule 26(f) conference with us by June 8, 2021.  Because we have not heard from you, we are providing updated information about our availability:

- June 7 (today): 1 – 2:30 pm; 5 – 7 pm (eastern times).
- June 8 (tomorrow [Tuesday]): 8 – 10 am; 12:30 – 1:30 pm; 5 – 6 pm.

Please let us know as soon as possible which of these time frames work for you and we will set up a zoom call accordingly.  If none of these times work for you, then please suggest some alternative dates/times today and tomorrow  and we will work diligently to make one of them work for us, too.

Thank you,
Eric Schultz

**Eric Schultz**
Associate
404.443.3532 direct, 404.801.9897 mobile
ESchultz@littler.com



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

**From:** Schultz, Eric
**Sent:** Wednesday, June 2, 2021 10:03 AM
**To:** fnjokui681@gmail.com
**Cc:** Johnson-Massie, Dionysia <DJMassie@littler.com>
**Subject:** Njoku v. Wellspring Living - Rule 26(f) Conference

Hi, Ms. Njoku –

I hope all is well.  We are writing to follow up on our prior correspondence asking for your availability to participate in a Rule 26(f) Conference, and the Court's May 18, 2021 Order (which we have attached) ordering you to participate in a Rule 26(f) conference with us by June 8, 2021.  Because we have not heard from you, we are providing information about our availability:

- June 3 (Thursday): 2:30-4 p.m., 6-7 p.m. (eastern)
- June 4 (Friday): 12-2 p.m. (eastern)
- June 7 (Monday):  8-10 a.m. (eastern)

Please let us know as soon as possible which of these time frames work for you and we will set up a zoom call accordingly.  If none of these times work for you, then please suggest some alternative dates/times and we will work diligently to make one of them work for us, too.

Thank you,

**Eric Schultz**
Associate
404.443.3532 direct, 404.801.9897 mobile
ESchultz@littler.com



Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326