# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Faith Njoku,
        Plaintiff(s),

vs.

Wellspring Living, Inc.,
        Defendant(s).

CIVIL ACTION FILE

NO. 1:21-cv-1413-MLB

## J U D G M E N T

This action having come before the court, Michael L Brown, United States District Judge, on the Court's order dated May 18, 2021 and the court having ruled, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** for failure to comply with a court order.

Dated at Atlanta, Georgia this 6th day of August, 2021.

KEVIN P. WIEMER
CLERK OF COURT

By:  s/D. Burkhalter
     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
August 6, 2021
Kevin P. Weimer
Clerk of Court

By: s/D. Burkhalter
    Deputy Clerk